# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**Richard Nadal and Ashleigh D Nadal,**
Debtors.

Case No.: 25−60006−SDB
Judge: Susan D. Barrett
Chapter: 7

## NOTICE OF DEFICIENCY

Kimberly S. Ward served via electronic notice.

Richard Nadal
101 Echo Way
Statesboro, GA 30458

The pleading or document, Personal Financial Management Course Certificate (docket 77), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

**The name listed on the Financial Management Course must match the debtors name or any aliases as listed on the petition

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before August 26, 2026,*** the matter may be stricken, dismissed or denied.

***Dana M. Wilson, Clerk***
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **August 19, 2026**
*B−57[08/25]* ***CCB***